IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS and MICHAEL T. KUCHARSKI, as Administrative Manager, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION<br><br>NO. 06 C 2929 |
| vs. | ) ) | MAGISTRATE JUDGE KEYS |
| JMAR & SONS, INC., a corporation, | ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT WITHOUT FURTHER HEARING PURSUANT TO LOCAL RULE 78.3

Plaintiff, Carpenters Fringe Benefit Funds of Illinois, *et al.* ("Funds"), request that this Court grant their motion For Entry Of Judgment Against Jmar & Sons, Inc. without further hearing, pursuant to Local Rule 78.3. In support of their motion, Plaintiffs state as follows:

1. On February 19, 2008, this Court set a revised briefing schedule on Plaintiffs' Motion for Summary Judgment. The briefing schedule required the Defendant to file its response to the Funds' motion by April 17, 2008.

2. Local Rule 78.3 provides in relevant part:

> The court may set a briefing schedule . . . Failure to file a supporting or answering memorandum shall not be deemed to be a waiver of the motion or a withdrawal of opposition thereof, but the court on its own motion or that of a party may strike the motion or grant the same without further hearing. . .

N.D. Ill. LR 78.3

3. Defendant failed to file a response to the motion by April 17, 2008. Indeed, as of this date, the Funds have not received any communication from Defendant or its counsel since prior to the Funds' filing of their motion for summary judgment.

WHEREFORE, based upon Defendant's failure to file a response to the motion, the Funds respectfully request that this Court enter judgment, without further hearing, against Jmar & Sons, Inc. in the amount of **$223,523.30**. This judgment amount is comprised of the following: (1) $100,306.17 in contributions for under reported hours indicated in audit report; (2) $35,151.80 for liquidated damages assessed on contributions indicated as due in audit report; (3) $47,719.95 in contributions remaining due on reported hours; (4) $16,178.94 in liquidated damages assessed for late contributions due per reported hours; (5) audit fees in the amount of $1,477.29; (6) attorneys' fees in the amount of $22,153.95 that the Funds incurred in the pursuit of its claims against Defendant (Affidavit of Catherine M. Chapman attached hereto as Exhibit A); and, (7) costs incurred by the Funds in the amount of $535.20.

                                        Respectfully submitted,

                                        /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com
I:\CarpsJ\JMAR & Sons\mot grant judgment 78.3.bpa.wpd

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (MOTION FOR ENTRY OF JUDGMENT WITHOUT FURTHER HEARING PURSUANT TO LOCAL RULE 78.3) with the Clerk of Court using the CM/ECF system, on or before the hour of 5:00 p.m. this April 28, 2008, which will send notification of such filing to the following:

    Mr. Jeffrey D. Corso
    Swanson, Martin & Bell, LLP
    330 N. Wabash Avenue, Suite 3300
    Chicago, IL   60611


        /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com